APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Willie L. Dryden
(Please print)

STREET ADDRESS: 261 Country Club Rd

CITY/STATE/ZIP: Chicago Heights, IL

PHONE NUMBER: 708 248-6591

CASE NUMBER: 08CV1408
JUDGE KOCORAS
MAGISTRATE JUDGE KEYS

Signature: [signed]  Date: 03/07/08

FILED
MAR 7 2008 NR
Mar 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT